IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § § § § § § § | CASE NUMBER 6:10-CR-00108-1-JDK-JDL |
| v. | |
| JASON LEE BURROW, | |

REPORT & RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

On June 30, 2021, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Jason Lee Burrow. The government was represented by Jim Noble, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Matt Millslagle, Federal Public Defender.

Defendant originally pled guilty to the offense of Possession of an Unregistered Firearm, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range based on total offense level of 23 and criminal history category of VI, was 92 to 115 months. On May 25, 2011, District Judge Michael H. Schneider sentenced Defendant to 72 months imprisonment, pursuant to a Rule 11(c)(1)(C) plea agreement, and 3 years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, drug testing and treatment, and mental health treatment. On April 20, 2020, Defendant completed the term of imprisonment and began service of the supervision term.

Under the terms of supervised release, Defendant was required to refrain from any unlawful use of a controlled substance. In Allegation 1 of its petition, the government alleges, among other

things, that Defendant violated this condition of supervised release by submitting a urine specimen that tested positive for marijuana on September 1, 2020.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by submitting a urine specimen that tested positive for marijuana, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon finding of a Grade C violation, the Court may (1) revoke probation or supervised release; or, (2) extend the term of probation or supervised release and/or modify the conditions of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of VI, the Guideline imprisonment range for a Grade B violation is 8 to 14 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision when he submitted a urine specimen that tested positive for marijuana. In exchange, the government recommended a a term of imprisonment of 12 months and one day with no supervised release to follow. Additionally, the government will abandon any remaining allegations.

The Court therefore **RECOMMENDS** that Defendant Jason Lee Burrow's plea of true be accepted and he be sentenced to a term of imprisonment of 12 months and one day with no supervised release to follow. The Court further **RECOMMENDS** that the place of confinement be FCI Tucson or FCI Buckner and that Defendant receive substance abuse treatment and counseling, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 30th day of June, 2021.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE